UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TAMIKA DALTON,

      Plaintiff,

v.

SWEET HONEY TEA, INC.,

      Defendant.

Case No. 1:23-cv-01793

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES Plaintiff, Tamika Dalton and Nathan C. Volheim, counsel for Plaintiff, moving to withdraw Franklin Jara, Esq. ("Mr. Jara"), as counsel for Plaintiff. In support thereof, Sulaiman Law Group, Ltd. states as follows:

1. Mr. Jara was formerly one of Plaintiff's attorneys in this matter.

2. Mr. Jara is no longer employed with the firm Sulaiman Law Group, Ltd.

3. Plaintiff will continue to be represented by attorney Chad Eisenback and Nathan C. Volheim.

WHEREFORE, Plaintiff, respectfully requests the Court enter an order permitting Mr. Jara to withdraw as counsel of record for Plaintiff; and grant such other relief as this Court deems just and proper.

Dated this 13th day of November, 2023.

                                            /s/ *Nathan C. Volheim*
                                            **NATHAN C. VOLHEIM, ESQ.**
                                            IL Bar No.: 6302103
                                            **SULAIMAN LAW GROUP LTD.**
                                            2500 S. Highland Avenue, Suite 200
                                            Lombard, Illinois 60148

Phone (331) 272- 1942
Fax (630) 575 - 8188
nvolheim@sulaimanlaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 13th day of November, 2023, I caused a true and correct copy of the foregoing to be mailed via U.S. mail to all parties of record.

/s/ *Nathan C. Volheim*
**NATHAN C. VOLHEIM, ESQ.**